151 F.3d 1024
 128 Ed. Law Rep. 650
 Albert D'Aurizio
v.
Borough of Palisades Park, Board of Education of Palisades
Park, William Maresca, as Mayor of Palisades Park, Paul
Albanese, as member of Borough Council, Michael DeBartolo,
as a member of Board of Education, Virginia DeBartolo, as a
Borough Official, Mary Beth Cottrell, as a member of Board
of Education, Robert Carney, as a member of Board of
Education, Carol Killion, as a member of Board of Education,
Francis Valenzuela, as a member of Board of
 NO. 97-5280
 United States Court of Appeals,
Third Circuit.
 April 2, 1998
 
 1
 Appeal From: D.N.J. ,No.93cv04417 , 963 F.Supp. 378, 963 F.Supp. 387
 
 
 2
 Affirmed.